**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 221 WAL 2018
:
Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
AMIR FERGUSON, :
:
Petitioner :

## ORDER

**PER CURIAM**

   **AND NOW**, this 15th day of October, 2018, the Petition for Allowance of Appeal is
**DENIED**.